United States Bankruptcy Court
Middle District of North Carolina

In re:                                                              Case No. 19-11343-bak
Larry Lemar Pinnix, Jr.                                             Chapter 13
Kareen Danielle Pinnix
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0418-2         User: admin         Page 1 of 1         Date Rcvd: Dec 10, 2019
                             Form ID: 285        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db/jdb          +Larry Lemar Pinnix, Jr.,   Kareen Danielle Pinnix,   820 Hawthorn Ridge Drive,
                 Whitsett, NC 27377-9319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2019 at the address(es) listed below:
              Anita Jo Kinlaw Troxler,    office@chapter13gboro.com,    office5@chapter13gboro.com
              Damon Terry Duncan    on behalf of Joint Debtor Kareen Danielle Pinnix
               DamonDuncan@DuncanLawOnline.com,    duncanlaw@parse.bkccn.com;duncandr90050@notify.bestcase.com
              Damon Terry Duncan    on behalf of Debtor Larry Lemar Pinnix, Jr. DamonDuncan@DuncanLawOnline.com,
               duncanlaw@parse.bkccn.com;duncandr90050@notify.bestcase.com
                                                                                             TOTAL: 3

Form 285

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  19−11343

IN THE MATTER OF:
Larry Lemar Pinnix Jr.      xxx−xx−7335
Kareen Danielle Pinnix      xxx−xx−7475
aka Kareen Pinnix
820 Hawthorn Ridge Drive
Whitsett, NC 27377

Debtor(s)

## NOTICE OF APPOINTMENT OF TRUSTEE AND MEETING OF CREDITORS

DATE FILED: 12/9/19
CREDITORS MEETING DATE: 1/23/20
**TAKE NOTICE** that Anita Jo Kinlaw Troxler is appointed Trustee; and take further

**NOTICE** that, pursuant to Standing Order of this Court, the Debtor, within four (4) days after receipt of this notice shall contact the Trustee's Office,

*Greensboro Chapter 13 Office*
*500 W. Friendly Ave.*
*P.O. Box 1720*
*Greensboro, NC 27402−1720*

at (336) 378−9164 for an interview appointment. Pursuant to 11 U.S.C. Section 1326 the Debtor shall commence making the payments proposed by the plan within 30 days after the plan is filed; and take further

**NOTICE** that the Meeting of Creditors pursuant to Section 341 (a) of the Bankruptcy Code herein be held in:

*Creditors Meeting Room, First Floor, 101 South Edgeworth Street, Greensboro, NC 27401*

on the date hereinabove noted at 01:30 PM ; and take further

**NOTICE** that the Debtor shall appear at the time and place appointed for the meeting of creditors for the purpose of being examined as provided by the Bankruptcy Code; and take further

**NOTICE** that after the conclusion of the Meeting of Creditors, all parties in interest and creditors will be notified of the deadline for filing objections to confirmation of the plan and the time, date and place of the hearing on any timely filed objections; and take further

**NOTICE** that pursuant to the Standing Order of this Court, the Debtor must maintain adequate collision insurance on any and all vehicles which are subject to lien and owned by the Debtor. In the event the Debtor fails to do so, the Trustee is authorized to direct that the vehicle be stored until evidence of proper insurance coverage is submitted; and take further notice that the Debtor may not incur additional debts nor transfer assets without authorization from the Trustee or the Court.

**Date: 12/10/19**

**cc: Debtor(s)**
    **Attorney for Debtor(s)**
    **Standing Trustee**

**U.S. Bankruptcy Court**

**OFFICE OF THE CLERK/**