EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LARRY LEMAR PINNIX, JR. | ) | CASE NO. 19-11343 |
| KAREEN DANIELLE PINNIX | ) ) | |
| | ) | CHAPTER 13 |
| Debtor(s) | ) | |

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Damon Duncan, certify that service of the Plan was made on January 23, 2020 by:

X    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Summit Credit Union
> Attn: Officer
> 8210 West Market Street
> Greensboro, NC 27409

Certified Mail Service on an Insured Depository Institution: By sending the Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of service will be filed at a later date.

> Attn: Officer / Managing Agent

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 1/23/20                            Signature: /s/ Holly Bouldin