**SO ORDERED.**

**SIGNED this 5th day of March, 2020.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| Pinnix Jr., Larry Lemar | xxx-xx-7335 | ) | |
| Pinnix, Kareen Danielle | xxx-xx-7475 | ) | Case No. 19-11343 C-3G |
| 820 Hawthorn Ridge Drive | | ) | |
| Whitsett, NC 27377 | | ) | |
| | | ) | |
| Debtors. | | ) | |

**ORDER CONFIRMING CHAPTER 13 PLAN**

The plan under Chapter 13 of the United States Bankruptcy Code filed by the Debtors on January 23, 2020, Docket No. 15 ("Plan") having been properly served on all creditors and other parties in interest; and

After notice and opportunity for hearing, it having been determined the Plan complies with the requirements of 11 U.S.C. §1325; it is

ORDERED that the Plan is confirmed.

**[END OF DOCUMENT]**

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
19-11343 C-13G

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**