UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   LARRY LEMAR PINNIX JR                        CASE NO. 19-11343
   KAREEN DANIELLE PINNIX                    JUDGE BENJAMIN A. KAHN
   820 HAWTHORN RIDGE DRIVE
   WHITSETT, NC  27377

        DEBTORS

SSN(1) XXX-XX-7335      SSN(2) XXX-XX-7475          DATE: 07/28/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE REGIONAL MEDICAL CTR<br>P O BOX 203<br>BURLINGTON, NC  27216-0203 | $0.00<br>INT: .00%<br>NAME ID: 37192<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1886<br>COMMENT: |
| CONE HEALTH MEDICAL GROUP<br>300 WENDOVER AVE E<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 180343<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1515<br>COMMENT: |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 5072<br>CAROL STREAM, IL  60197-5072 | $767.74<br>INT: .00%<br>NAME ID: 179272<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 2612<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $14,296.52<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 5127<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0024 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 7335<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 7335<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NAVIENT SOLUTIONS LLC OBO<br>ASCENDIUM EDUCATION SOLUTIONS INC<br>P O BOX 809142<br>CHICAGO, IL  60680-9142 | $9,625.29<br>INT: .00%<br>NAME ID: 176676<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 7335<br>COMMENT: |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $0.00<br>INT: .00%<br>NAME ID: 25578<br>CLAIM #: 0010 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $1,467.59<br>INT: .00%<br>NAME ID: 25578<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 0400<br>COMMENT: |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $2,451.40<br>INT: .00%<br>NAME ID: 25578<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 0400<br>COMMENT: |
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $6,644.28<br>INT: .00%<br>NAME ID: 25578<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 0201<br>COMMENT: |
| SUMMIT CREDIT UNION<br>ATTN OFFICER<br>8210 W MARKET ST<br>GREENSBORO, NC  27409 | $1,200.00<br>INT: 6.75%<br>NAME ID: 170376<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 1201<br>COMMENT: 07TOYO |
| SUMMIT CREDIT UNION<br>ATTN OFFICER<br>8210 W MARKET ST<br>GREENSBORO, NC  27409 | $1,200.00<br>INT: 6.75%<br>NAME ID: 170376<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT: 1203<br>COMMENT: 07CHEV |
| SUMMIT CREDIT UNION<br>ATTN OFFICER<br>8210 W MARKET ST<br>GREENSBORO, NC  27409 | $0.00<br>INT: .00%<br>NAME ID: 170376<br>CLAIM #: 0009 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| SUMMIT CREDIT UNION<br>ATTN OFFICER<br>8210 W MARKET ST<br>GREENSBORO, NC  27409 | $866.40<br>INT: .00%<br>NAME ID: 170376<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 1201<br>COMMENT: SPLIT |
| SUMMIT CREDIT UNION<br>ATTN OFFICER<br>8210 W MARKET ST<br>GREENSBORO, NC  27409 | $839.08<br>INT: .00%<br>NAME ID: 170376<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 1203<br>COMMENT: SPLIT |
| SUMMIT CREDIT UNION<br>ATTN OFFICER<br>8210 W MARKET ST<br>GREENSBORO, NC  27409 | $736.37<br>INT: .00%<br>NAME ID: 170376<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 1202<br>COMMENT: 1219A |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $342.33<br>INT: .00%<br>NAME ID: 176218<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WALNUT CROSSING HOA INC<br>% CEDAR MANAGEMENT GROUP<br>P O BOX 26844<br>CHARLOTTE, NC  28221 | MONTHLY PMT  $15.00<br>INT:  .00%<br>NAME ID:  173856<br>CLAIM #:  0011 | (X) SPECIAL-UNSECURED<br><br>ACCT:  5400<br>COMMENT:  ASDU,CTD EFF APR20 |
| WALNUT CROSSING HOA INC<br>% CEDAR MANAGEMENT GROUP<br>P O BOX 26844<br>CHARLOTTE, NC  28221 | $640.00<br>INT:  .00%<br>NAME ID:  173856<br>CLAIM #:  0025 | (U) UNSECURED<br><br>ACCT:  5400<br>COMMENT:  ASDU,PRE ARR THRU DEC19 |
| WALNUT CROSSING HOA INC<br>% CEDAR MANAGEMENT GROUP<br>P O BOX 26844<br>CHARLOTTE, NC  28221 | $45.00<br>INT:  .00%<br>NAME ID:  173856<br>CLAIM #:  0026 | (X) SPECIAL-UNSECURED<br><br>ACCT:  5400<br>COMMENT:  ASDU,POST ARR JAN THRU MAR20 |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>% CARRINGTON MORTGAGE SERVICES LLC<br>P O BOX 3730<br>ANAHEIM, CA  92806 | MONTHLY PMT  $1,032.10<br>INT:  .00%<br>NAME ID:  153882<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT:  9889<br>COMMENT:  DT RERP,CTD EFF APR20,120A |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>% CARRINGTON MORTGAGE SERVICES LLC<br>P O BOX 3730<br>ANAHEIM, CA  92806 | $14,366.92<br>INT:  .00%<br>NAME ID:  153882<br>CLAIM #:  0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  9889<br>COMMENT:  ARR THRU DEC19 |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>% CARRINGTON MORTGAGE SERVICES LLC<br>P O BOX 3730<br>ANAHEIM, CA  92806 | $3,096.30<br>INT:  .00%<br>NAME ID:  153882<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  9889<br>COMMENT:  ARR JAN THRU MAR20 |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>% CARRINGTON MORTGAGE SERVICES LLC<br>P O BOX 3730<br>ANAHEIM, CA  92806 | $450.00<br>INT:  .00%<br>NAME ID:  153882<br>CLAIM #:  0027 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT:  9889<br>COMMENT:  POST PET FEE |
| **TOTAL:** | **$60,134.32** | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/28/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
Attorney for Debtors - Electronic Notice