C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| PINNIX JR, LARRY LEMAR     xxx-xx-7335 | ) | |
| PINNIX, KAREEN DANIELLE    xxx-xx-7475 | ) | |
| 820 HAWTHORNE RIDGE DRIVE | ) | No:   19-11343   C-13G |
| WHITSETT, NC 27377 | ) | |
| | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed March 5, 2020.  The current plan payment is $1,550.00 per month and a review of the plan indicates that the plan payment is insufficient to deal with plan debt due to a recent mortgage payment change filed in the case.  The Trustee estimates plan payment will need to increase to at least $1,560.00 per month effective May 2021 in order to deal with plan debt.  The Trustee recommends that an Order be entered modifying the plan with plan payment to increase to $1,560.00 per month effective May 2021.

Date:  March 22, 2021                                                                                     s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                          Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   April 26, 2021   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*PO Box 26100*
*Greensboro, NC 27402-6100*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a **telephonic hearing** on the motion will be held on May 18, 2021 at 2:00 p.m.  **In the event a hearing is to be held, to participate in the hearing, parties are instructed to dial 877-848-7030 and provide access code 8852513 when prompted to do so**.

Date:  **March 25, 2021**                                                                              OFFICE OF THE CLERK
                                                                                                                        U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
19-11343 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

LARRY LEMAR PINNIX JR
820 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

KAREEN DANIELLE PINNIX
820 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

DAMON DUNCAN ESQ
628 GREEN VALLEY RD STE 304
GREENSBORO, NC 27408