United States Bankruptcy Court
Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 19-11343-bak |
| Larry Lemar Pinnix, Jr. | Chapter 13 |
| Kareen Danielle Pinnix | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf013 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lemar Pinnix, Jr., Kareen Danielle Pinnix, 820 Hawthorn Ridge Drive, Whitsett, NC 27377-9319 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | on behalf of Trustee Anita Jo Kinlaw Troxler  office4@chapter13gboro.com, office5@chapter13gboro.com |
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com  office5@chapter13gboro.com |
| Damon Terry Duncan | on behalf of Joint Debtor Kareen Danielle Pinnix DamonDuncan@DuncanLawOnline.com duncanlaw@parse.bkccn.com;duncandr90050@notify.bestcase.com |
| Damon Terry Duncan | on behalf of Debtor Larry Lemar Pinnix  Jr. DamonDuncan@DuncanLawOnline.com, duncanlaw@parse.bkccn.com;duncandr90050@notify.bestcase.com |
| Dave R Dimatteo | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Quercus Investments Trust ddimatteo@mtglaw.com, |

District/off: 0418-2 User: admin Page 2 of 2
Date Rcvd: Mar 25, 2021 Form ID: pdf013 Total Noticed: 1

        ecfnotifications@mtglaw.com

Mark A. Baker

        on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Quercus Investments Trust mbaker@mtglaw.com, ecfnotifications@mtglaw.com

TOTAL: 6

C-13-15(a)Motion
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| PINNIX JR, LARRY LEMAR    xxx-xx-7335 | ) | |
| PINNIX, KAREEN DANIELLE    xxx-xx-7475 | ) | |
| 820 HAWTHORNE RIDGE DRIVE | ) | No:   19-11343    C-13G |
| WHITSETT, NC 27377 | ) | |
| | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed March 5, 2020.  The current plan payment is $1,550.00 per month and a review of the plan indicates that the plan payment is insufficient to deal with plan debt due to a recent mortgage payment change filed in the case.  The Trustee estimates plan payment will need to increase to at least $1,560.00 per month effective May 2021 in order to deal with plan debt.  The Trustee recommends that an Order be entered modifying the plan with plan payment to increase to $1,560.00 per month effective May 2021.

Date:  March 22, 2021                                                                                        s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                              Standing Trustee

-----------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  __April 26, 2021__  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*PO Box 26100*
*Greensboro, NC 27402-6100*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a **telephonic hearing** on the motion will be held on May 18, 2021 at 2:00 p.m.  **In the event a hearing is to be held, to participate in the hearing, parties are instructed to dial 877-848-7030 and provide access code 8852513 when prompted to do so**.

Date:  **March 25, 2021**                                                                    OFFICE OF THE CLERK
                                                                                                            U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
19-11343 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

LARRY LEMAR PINNIX JR
820 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

KAREEN DANIELLE PINNIX
820 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

DAMON DUNCAN ESQ
628 GREEN VALLEY RD STE 304
GREENSBORO, NC 27408